**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000510
04-DEC-2025
07:50 AM
Dkt. 85 OAWST**</span>

NO. CAAP-23-0000510

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RICHARD YANAGI, as Chapter 7 Trustee of the Bankruptcy Estate of
Teva Seaton, Plaintiff-Appellant,
v.
ASSOCIATION OF APARTMENT OWNERS OF NORTHBROOK-MELEMANU
WOODLANDS, Defendant/Third-Party Plaintiff-Appellee;
DIRECTOR OF FINANCE OF THE STATE OF HAWAII,
Defendant-Appellee, and
ARLETTE S. HARADA and EKIMOTO & MORRIS, LLLC,
Third-Party Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC191000189)

ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Nakasone, Chief Judge, Leonard and Guidry, JJ.)

Upon consideration of the "Stipulation for Dismissal with Prejudice of Appeal" (**Stipulation**), filed on November 20, 2025, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their

own attorneys' fees and costs associated with this appeal; and (3) the Stipulation has been signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs in this appeal.

DATED: Honolulu, Hawaiʻi, December 4, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge